**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRISTOL MYERS SQUIBB COMPANY,<br><br>       *Plaintiff*,<br><br>   v.<br><br>CAROLE JOHNSON, in her official capacity as ADMINISTRATOR, HEALTH RESOURCES AND SERVICES ADMINISTRATION, *et al*.,<br><br>       *Defendants*. | Case No. 1:24-cv-03337 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Bristol Myers Squibb's Consent Motion to Vacate the Answer Deadline and Set a Summary Judgment Briefing schedule, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that the following deadlines shall govern proceedings in this matter:

| | |
|---|---|
| **January 31, 2025** | Defendants shall file the certified index of administrative record and serve the administrative record on Plaintiff |
| **February 3, 2025** | Plaintiff moves for summary judgment |
| **March 3, 2025** | Defendants shall respond to Plaintiff's motion and cross-move for summary judgment |
| **March 17, 2025** | Plaintiff shall file a response to Defendants' cross-motion and any reply in support of its motion |
| **March 31, 2025** | Defendants shall file any reply in support of their cross-motion |

2

**SO ORDERED**, this __ day of _____, 202__.

 

_____

Honorable Dabney L. Friedrich
United States District Judge