**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRISTOL MYERS SQUIBB COMPANY,<br><br>                    Plaintiff,<br>         v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-03337-DLF |

## **[PROPOSED] ORDER**

Upon consideration of the unopposed Motion for Leave to File *Amici Curiae* Brief of State and Regional Hospital Associations, it is hereby ORDERED that the Motion is GRANTED. The Clerk shall cause the Brief of State and Regional Hospital Associations as *Amici Curiae* in Support of Defendants, attached as Exhibit A to their Motion, to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

This _____ day of _____, 2025.

_____

Hon. Dabney L. Friedrich
United States District Judge